IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDRY NETWORKS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant. | No. C-06-80088 CRB (EDL)<br><br>**ORDER RE MAY 8, 2006 HEARING ON MOTION TO COMPEL** |

    Foundry is hereby ordered to bring to the May 8th hearing copies of the emails it references on page 7 of its Reply in support of its Motion to Compel. To the extent that these emails appear in an email chain, Foundry shall also bring copies that redact all other materials from the email chain.

**IT IS SO ORDERED.**

Dated: May 5, 2006

                                                            ELIZABETH D. LAPORTE
                                                             United States Magistrate Judge